IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| ANGEL GUARD PRODUCTS, INC., | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) BBO # 546481 |
| | ) |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| HOPKINS MANUFACTURING | ) |
| COMPANY, INC. | ) |
| | ) 05-40009 FDS |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Plaintiff in the above-entitled matter.

Louis M. Ciavarra (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated: January __, 2005

{J:\CLIENTS\lit\011245\0100\00500469.DOC;1}