IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| ANGEL GUARD PRODUCTS, INC., | CIVIL ACTION NO. |
| Plaintiff, | BBO # 546481 |
| v. | 05-40009 FDS |
| HOPKINS MANUFACTURING COMPANY, INC. | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Plaintiff Angel Guard Products, Inc. hereby discloses, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts that it does not have any parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

ANGEL GUARD PRODUCTS, INC.,
By its attorney,

_____
Louis M. Ciavarra (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated: January 16, 2005

{J:\CLIENTS\lit\011245\0100\00501079.DOC;1}