IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(CENTRAL SECTION)

| | |
|---|---|
| ANGEL GUARD PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOPKINS MANUFACTURING COMPANY, INC.<br><br>Defendant. | CIVIL ACTION NO.<br>05-40009-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angel Guard Products, Inc. hereby dismisses with prejudice the claims asserted in this action, retaining all rights and remedies as described in the Settlement Agreement dated July 8, 2005 between Angel Guard Products, Inc. and Hopkins Manufacturing Corporation.

Respectfully submitted,

ANGEL GUARD PRODUCTS, INC.,
By its attorney,

*/s/ Louis M. Ciavarra*

Louis M. Ciavarra (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Date: 7/25/05